THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Michael J.
 Davis, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

Appeal From Laurens County
 Wyatt T. Saunders, Jr, Circuit Court
 Judge
Memorandum Opinion No.  2007-MO-070
Submitted November 15, 2007  Filed
 December 17, 2007  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Julie
 Thames, all of Columbia, for Petitioner.
 John A.
 OLeary, of OLeary & Associates, PA, of Columbia, for Respondents.
 
 
 

PER CURIAM:  We
 granted the states petition for a writ of certiorari to review the grant of
 Post-Conviction Relief (PCR) to Respondent, Michael J. Davis.   We dismiss the
 writ as improvidently granted.
DISMISSED
 AS IMPROVIDENTLY GRANTED.  
TOAL, C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.